AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
## for the
### Western District of New York

FILED
MAY - 5 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

United States of America

v.

**COREY ROBERT DODGE**

_____
Defendant

Case No. 23-mj-5097

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **COREY ROBERT DODGE**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1029(a)(3) (possessing with intent to defraud 15 or more unauthorized access devices)

Date: Apr. 27, 2023

_____
Issuing officer's signature

City and State: Buffalo, New York

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
Printed name and Title

### Return

This warrant was received on *(date)* 4/28/2023, and the person was arrested on *(date)* 5/2/2023, at *(city and state)* BUFFALO, NEW YORK.

Date: 5/4/2023

_____
Arresting officer's signature

SPECIAL AGENT BRYAN SCHEIBER
Printed name and title

SUBJECT SELF-SURRENDERED.