IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

COREY ROBERT DODGE, a/k/a Cakesbaylor,

Defendant.

_____

23-mj-5091
~~23 MJ 5099~~

## PROTECTIVE ORDER

To expedite the flow of discovery material between the parties without the need for

redaction, and to adequately protect personal identity information (PII) entitled to be kept

confidential, it is, pursuant to the Court's authority under Fed. R. Crim. P. 16(d) and with

the consent of the parties:

**ORDERED**, that discovery shall be used by defense counsel and the defendant solely

in connection with pretrial, trial, or other proceedings in this action, including any appeals,

and shall not be disclosed[1] to the public; and it is further

**ORDERED**, that copies of the discovery materials shall not be provided to third

_____

[1] "Disclose" (or forms thereof) shall mean to distribute, provide, or otherwise make available to a third party not covered by this Protective Order, in written form or for copying. "Disclose" shall include the actual protected document or item as well as the contents or information contained therein, such that disclosing a copy, summary, paraphrasing, or characterization in writing would be considered a disclosure of the document itself for the purpose of this Protective Order.

1

parties except those persons or entities employed or engaged for the purpose of assisting in the defense of this action; and it is further

**ORDERED**, that if defense counsel provides the defendant with access to discovery materials that contain a third party's PII, counsel shall ensure that the defendant does not have access to a cellular telephone or any other photographic or video- or audio-recording equipment during such review; and it is further

**ORDERED**, that the unauthorized copying, dissemination, and/or posting of copies, or the contents, of the discovery on the internet or through any form of social media shall constitute a violation of the terms of this Order; and it is further

**ORDERED**, that in the event that the defendant makes a pretrial motion *in limine* or other pretrial motion based upon the material provided, or made available, pursuant to this Order, such motion shall redact any PII from the publicly filed motion, and unredacted copies of such motion shall be provided to the Court and counsel for the government; and it is further

**ORDERED**, that to ensure the protection of PII, the government may provide defense counsel with access to data seized from Genesis Market servers only in a government facility, subject to the other terms of this Protective Order; and it is further

**ORDERED**, that defense counsel may apply to the Court for an order specifically

permitting public disclosure of the above-mentioned material; and it is further

**ORDERED**, that at the conclusion of the litigation of this action, including any direct appeal, counsel for the defendants shall return all copies of the above-mentioned material that contains a third party's PII to the government immediately upon request of the government.

DATED: Buffalo, New York, July 2 4, 2023

HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge

3